Daniel F. Fears, Bar No. 110573
E-mail: dff@paynefears.com
Laura Fleming, Bar No. 219287
E-mail: lf@paynefears.com
Sean A. O'Brien, Bar No. 133154
E-mail: sao@paynefears.com
Rhianna S. Hughes, Bar No. 266396
E-mail: rsh@paynefears.com
PAYNE & FEARS LLP
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Defendants
ABM INDUSTRIES INCORPORATED; and
*Former* ABM ONSITE SERVICES - WEST, INC.

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| YAJAIRA LOPEZ,<br><br>        Plaintiff,<br><br>vs.<br><br>ABM ONSITE SERVICES - WEST, INC., a Delaware corporation; ABM INDUSTRIES INCORPORATED, a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No. 2:17-cv-5079<br><br>*[Los Angeles Superior Court, Case No. BC664924]*<br><br>**PETITION AND NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §§ 1331 AND 1441**<br><br>**[DIVERSITY JURISDICTION]** |

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, AND TO PLAINTIFF, AND HER COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendants ABM INDUSTRIES INCORPORATED and *former* ABM ONSITE SERVICES - WEST, INC. ("ABM" or "Defendants") hereby remove this action from the Superior Court of the State of

California for the County of Los Angeles to the United States District Court for the Central District of California, on the following grounds:

## INTRODUCTION

1.     This Court has jurisdiction over this action under 28 U.S.C. § 1332 and 28 U.S.C. § 1441.  As detailed below, complete diversity exists between Plaintiff YAJAIRA LOPEZ ("Plaintiff") and ABM.  In addition, the amount in controversy exceeds $75,000.  Pursuant to 28 U.S.C. § 1446(b)(3), this case is being removed within thirty (30) days of ABM's receipt of a paper from which it could first be ascertained that the case was one which is or has become removable.  (*See* **Exhibit F**; Declaration of Laura Fleming ("Fleming Decl.") ¶ 7.)  Accordingly, this Court has jurisdiction over this matter and removal is proper.

## THE STATE COURT ACTION

2.     On or about June 14, 2017, Plaintiff filed an action titled "YAJAIRA LOPEZ, an individual, v. ABM ONSITE SERVICES – WEST, INC., a Delaware Corporation; ABM INDUSTRIES INCORPORATED, a Delaware corporation; and Does 1 through 100, inclusive" in the Superior Court of the State of California, County of Los Angeles, Case No. BC664924 (the "State Court Action").  A true and correct copy of the Complaint that was filed on June 14th in the State Court Action is attached hereto as **Exhibit A** (*see also* Fleming Decl. ¶ 2)**.**

3.     On June 15, 2017, Defendant ABM Industries Incorporated was served with the Summons and Complaint through its registered agent in the State of California.  A true and correct copy of the Service of Process Transmittal is attached hereto as **Exhibit B** (*see also* Fleming Decl. ¶ 3)**.**

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

PETITION AND NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §§ 1331 AND 1441

4.      On June 15, 2017, Defendant former ABM Onsite Services – West, Inc. was served with the Summons and Complaint through its registered agent in the State of California.  A true and correct copy of the Service of Process Transmittal is attached hereto as **Exhibit C** (*see also* Fleming Decl. ¶ 4).

5.      On or about June 28, 2017, Plaintiff served a Notice of Case Management Conference on ABM, providing that a case management conference in the State Court Action is scheduled for October 12, 2017 at 8:30 a.m.  A true and correct copy of this notice is attached hereto as **Exhibit D** (*see also* Fleming Decl. ¶ 5)**.**

6.      On or about June 28, 2017, Plaintiff served a Notice of Intent to Appear by Telephone at Case Management Conference on ABM.  A true and correct copy of this notice is attached hereto as **Exhibit E** (*see also* Fleming Decl. ¶ 6)**.**

7.      On June 29, 2017, Plaintiff served a Statement of Damages on ABM, alleging damages in excess of $75,000.  A true and correct copy of the Statement of Damages is attached hereto as **Exhibit F** (*see also* Fleming Decl. ¶ 7)**.**

8.      On or about July 7, 2017, ABM filed and served its Answer to the Complaint in the Superior Court of California, County of Los Angeles.  A true and correct copy of the Answer filed is attached hereto as **Exhibit G** (*see also* Fleming Decl. ¶ 8)**.**

9.      The Summons/Complaint, Service of Process Transmittals, Notice of Case Management Conference, Notice of Intent to Appear by Telephone at Case Management Conference, Statement of Damages, and Answer to the Complaint,

PAYNE & FEARS LLP

ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

PETITION AND NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §§ 1331 AND 1441

1  attached as **Exhibits A through G** hereto, constitute the pleadings, process, and

2  orders served upon ABM in the State Court Action.

3

4       10.    This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b) and

5  Rule 6 of the Federal Rules of Civil Procedure, in that ABM originally received a

6  copy of the Statement of Damages on July 5, 2017, no more than thirty (30) days

7  before the filing of this Notice.

8

9       **COMPLETE DIVERSITY EXISTS BETWEEN PLAINTIFF AND ABM**

10

11      8.     If a party is a corporation, it is a citizen of both its state of

12  incorporation and the state where it has its principal place of business.  28 U.S.C.

13  § 1332(c)(1); *Hertz Corp. v. Friend*, 559 U.S. 77, 80, 130 S.Ct. 1181, 1186 (2010)

14  ("we conclude that the phrase 'principal place of business' refers to the place where

15  the corporation's high level officers direct, control, and coordinate the corporation's

16  activities").

17

18      9.     Defendant ABM Industries Incorporated is incorporated in the State of

19  Delaware, and is headquartered and maintains its corporate headquarters and

20  principal place of business in New York, where its "officers direct, control, and

21  coordinate the corporation's activities"  28 U.S.C. § 1332(c)(1);  *Hertz Corp. v.*

22  *Friend*, 559 U.S. 77, 92-93 (2010)); (*see* Declaration of Nedy Warren ("Warren

23  Decl.") ¶ 8).  Accordingly, ABM Industries Incorporated is a citizen of both

24  Delaware and New York.

25

26      10.    Defendant former ABM Onsite Services-West, Inc. ("ABM OSW")

27  was incorporated in the State of Delaware and was headquartered and had its

28  principal place of business in Texas, where its "officers direct[ed], control[led], and

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

PETITION AND NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §§ 1331 AND 1441

coordinate[d] the corporation's activities"  28 U.S.C. § 1332(c)(1);  *Hertz Corp.*, 559 U.S. at 92-93); (*see* Warren Decl. ¶ 6).  Accordingly, former ABM OSW was a citizen of both Delaware and Texas.

11.     From January 1, 2014 through December 31, 2016, Defendant ABM OSW owned and operated a janitorial line of business in California, under which it employed Plaintiff and other employees.  (Warren Decl. ¶ 5.)  Effective January 1, 2017, ABM OSW was merged out of existence, and a majority of its non-exempt, hourly California janitorial employees were contributed to ABM Industry Groups, LLC.  (*Id.* ¶ 7.)  A wholly-owned subsidiary of ABM Industries Incorporated, ABM Industry Groups, LLC, is a Delaware company with its principal place of business in Texas.  (*Id.*)

12.     ABM affirmatively asserts that Plaintiff is a citizen of the State of California, and was a citizen of California at the time of the filing of the Complaint. Further, Plaintiff is not a citizen of Delaware or Texas and was not at the time of the filing of the Complaint.

13.      Plaintiff alleges that she worked for ABM from 1980 through 2016. (Exhibit A at ¶¶ 10, 17.)  Plaintiff also alleges that, "[a]t all relevant times" to the action, she was and is "a resident of Los Angeles County California."  (*Id.* at ¶ 1.)

14.     While "[r]esidence alone is not the equivalent of citizenship … the place of residence is *prima facie* the domicile."  *State Farm Mut. Auto. Ins. Co. v. Dyer*, 19 F.3d 514, 520 (10th Cir. 1994); *see also Hester v. Horowitz*, No. 14-00413 JMS-KLP, 2015 WL 127890, at *2 (D. Haw. Jan. 8, 2015) ("Although residence alone is not the equivalent of citizenship, the place of residence is prima facie the domicile.").  It is presumed that a natural person's residence is also her domicile,

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

1    and a party resisting this presumption bears the burden of producing contrary
2    evidence.  *State Farm,* 19 F.3d at 519; *Lew v. Moss*, 797 F.2d 747, 751 (9th Cir.
3    1986).

4

5         15.    To establish citizenship of a natural person for diversity purposes, the
6    party must be both a citizen of the United States and a domiciliary of one particular
7    state.  *Kantor v. Wellesley Galleries, Ltd*., 704 F.2d 1088, 1090 (9th Cir. 1983).  A
8    person's "domicile" is the place where he or she resides, with the intent to remain or
9    to return.  *Kanter v. Warner-Lambert Co*., 265 F.3d 853, 857 (9th Cir. 2001) (citing
10   *Lew,* 797 F.2d at 749.  Domiciliary is determined at the time the lawsuit was filed.
11   *Stroteck Corp. v. Air Transp. Ass'n. of Am*., 300 F.3d 1129, 1131 (9th Cir. 2002).

12

13        16.    Since ABM Industries Incorporated is domiciled in New York and
14   Delaware, ABM OSW is domiciled in Delaware and Texas, ABM Industry Groups,
15   LLC is domiciled in Delaware and Texas, and Plaintiff is domiciled in California,
16   complete diversity exists between Plaintiff and ABM.

17

18   ## THE AMOUNT IN CONTROVERSY EXCEEDS THE JURISDICTIONAL
19   ## MINIMUM

20

21        17.    This Court's jurisdictional minimum amount that must be in
22   controversy is any amount in excess of $75,000.  28 U.S.C. § 1332(a)(1).

23

24        18.    Plaintiff's complaint does not state a specific amount in controversy.
25   (*See* Exhibit A; *see also* Fleming Decl. ¶ 2.)

26

27

28

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

PETITION AND NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §§ 1331 AND 1441

19.     On June 29, 2017, Plaintiff served a Statement of Damages on ABM alleging damages in excess of $75,000.00.   (*See* Exhibit F; *see also* Fleming Decl. ¶ 7.)

20.     Within 30 days of service of Plaintiff's Statement of Damages, ABM removed this action to federal court.

## REMOVAL IS TIMELY

21.     This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b). This case is being removed within thirty (30) days of ABM's receipt of Plaintiff's Statement of Damages, which is the first paper from which ABM could ascertain that the amount in controversy exceeds $75,000.  Therefore, this Notice is timely because it is filed within thirty (30) days of becoming removable, and within one (1) year of commencement of the action.

## CONCLUSION

22.     For the reasons stated above, this Court has jurisdiction under 28 U.S.C. §1332 because this is a civil action between citizens of different states, and the matter in controversy exceeds $75,000, exclusive of interest and costs.

23.     Accordingly, ABM respectfully requests that this Court exercise its removal jurisdiction over this action.

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

PETITION AND NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §§ 1331 AND 1441

1    DATED:  July 11, 2017       PAYNE & FEARS  LLP

2

3

4                          By:  _____*/s/ Laura Fleming*_____
                                      LAURA FLEMING

5

6                          Attorneys for Defendants

7                          ABM INDUSTRIES INCORPORATED;
                         and *Former* ABM ONSITE SERVICES -

8                          WEST, INC.

9

10   4832-5124-8458.1

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

# INDEX OF EXHIBITS

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| "A" | Summons and Complaint filed in *Yajaira Lopez  v. ABM Onsite Services – West, Inc., et al.*, Case No. BC664924. |
| "B" | Service of Process Transmittal, dated June 15, 2017, of the Summons and Complaint on Defendant ABM Industries Incorporated's registered agent in the State of California. |
| "C" | Service of Process Transmittal, dated June 15, 2017, of the Summons and Complaint on Defendant ABM Onsite Services – West, Inc.'s registered agent in the State of California. |
| "D" | Notice of Case Management Conference, served by Plaintiff on ABM on or about June 28, 2017. |
| "E" | Notice of Intent to Appear by Telephone at Case Management Conference, served by Plaintiff on ABM on or about June 28, 2017. |
| "F" | Statement of Damages, served by Plaintiff on ABM on or about June 29, 2017. |
| "G" | Answer to the Complaint, filed and served by ABM on or about July 7, 2017 |

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

4832-5124-8458, v.  1

1

**PROOF OF SERVICE**

*Yajaira Lopez v. ABM Onsite Services - West, Inc. et al.*
United States District Court-Central District, Case No.  2:17-cv-5079  ,
[Removed from Los Angeles Superior Court, Case No. BC664924]

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

        At the time of service, I was over 18 years of age and **not a party to this action**.  I am employed in the County of Orange, State of California.  My business address is 4 Park Plaza, Suite 1100, Irvine, CA 92614.

        On **July 11, 2017**, I served true copies of the following document(s) described as **PETITION AND NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §§ 1331 AND 1441**, on the interested parties in this action as follows:

| | |
|---|---|
| Kevin A. Lipeles, Esq.<br>Thomas H. Schelly, Esq.<br>LIPELES LAW GROUP, APC<br>880 Apollo Street, Suite 336<br>El Segundo, California 90245<br>Telephone: (310) 22-2211<br>Fax: (310) 322-2252 | Attorney for Plaintiff<br>YAJAIRA LOPEZ |

        **BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with Payne & Fears LLP's practice for collecting and processing correspondence for mailing.  On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

        I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

        Executed on **July 11, 2017**, at Irvine, California.


_____
Maritza I. Hulke

4819-3298-1579.1

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100