UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Yajaira Lopez<br><br>          Plaintiff,<br><br>v.<br><br>ABM Onsite Services-West, Inc et al<br><br>          Defendants. | Case No.  CV 17-05079-AB (SKx)<br><br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **_45 days,_** to re-open the action if settlement is not consummated.   This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  September 19, 2017   _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE