PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| YAJAIRA LOPEZ, an individual, <br><br> Plaintiff, <br><br> v. <br><br> ABM ONSITE SERVICES-WEST, INC., a Delaware corporation; ABM INDUSTRIES INCORPORATED, a Delaware corporation; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. 2:17-cv-05079-AB-SK <br><br> **[~~PROPOSED~~] ORDER TO DISMISS WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** <br><br> **[Joint Stipulation Requesting Dismissal Filed And Submitted Under Separate Cover Concurrently Herewith]** <br><br> Action Filed:   June 14, 2017 <br> Courtroom:   7B |

Pursuant to concurrently submitted Stipulation by and between all the parties through their counsel of record, and **FOR GOOD CAUSE SHOWN**, it is hereby **ORDERED** that:

1. That the above-captioned action be hereby voluntarily dismissed, **<u>with prejudice</u>**, in its entirety, pursuant to FRCP 41(a)(1)(A)(ii).

2. Each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: October 03, 2017  _____
The Honorable André Birotte Jr.
United States District Judge